ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO.: 1:25-MJ-00085-SAB |
|---|---|
| v. | MOTION TO UNSEAL PRETRIAL RELEASE VIOLATION PETITION |
| ALEXIS MARTINEZ-CANTU | |

### MOTION TO UNSEAL

On/about August 12, 2025, Defendant Alexis Martinez-Cantu (Defendant) was arrested on an arrest warrant issued by the Hon. Jerry H. Ritter, United States Magistrate Judge, United States District Court for the District of New Mexico, in connection with a Petition for Action on Conditions of Pretrial Release (the "Petition").

Defendant is in custody in this District and making Defendant's initial appearance today in this District. Accordingly, the United States asks that the Court order that the Petition and related case filings be unsealed.

Dated: August 13, 2025

ERIC GRANT
United States Attorney

By: /s/ Jeffrey Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Petition for Action on Conditions of Pretrial Release (the "Petition") in this matter and related case filings be unsealed.

IT IS SO ORDERED.

Dated:  **August 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge