## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEXIS MARTINEZ-CANTU,<br><br>　　　　　Defendant. | No.  25 MJ 00085 SAB<br><br>**TEMPORARY DETENTION ORDER**<br>(Violation of Pretrial Release) |

　　　After an initial appearance in this district on the District of New Mexico's Pretrial Violation Petition under 18 U.S.C.§ 3148.  On the United States' motion for detention, the defendant is temporarily detained pending adjudication of his case in the District of New Mexico.

　IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with counsel.  Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated:　**August 13, 2025**　　　　　　　　　／s／ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge